**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1981

JOSE F. REUTER,

Plaintiff - Appellant,

versus

WASHINGTON COUNTY SUPERVISORS; GREGORY I.
SNOOK, President; DAVID ENGLE, Director,
Washington County Department of Social
Services; JOHN KENNEDY, Program Manager; PAULA
PRICE, LCSW-C Adult Protection Agency,
Washington County Department of Social
Services; ANN BUSHONG, Case Manager
Supervisor, Washington County Department of
Social Services; LYNN M. SMITH, Case Manager,
Washington County Department of Social
Services; ALICE SENCINDIVER, RN, Washington
County Health Department; BRENDA MILLER,
Washington County Hospital Home Health Care;
ELISE CULLER, Director as Superior Respondent;
RAY BELEN, Physical Therapist Home Health
Care, CAROLYN FLEENOR, Home Health Care; IFY
ONYIA, Director Superior Respondent, MARTA
FEIGLY; SUSAN J. MCDONALD, Washington County
Commission of Aging; TIMOTHY S. GORDON, P. A.;
JANE DOE; JOHN DOE; DAWN MORALES; JUDY BARRON,

Defendants - Appellees,

and

PAUL THEODONI, M.D., in his individual and official
capacity,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:06-cv-00334-CCB)

Submitted: November 21, 2006      Decided: November 28, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jose F. Reuter, Appellant Pro Se. Kirk Chalis Downey, OFFICE OF THE COUNTY ATTORNEY, Hagerstown, Maryland; Elise Song Kurlander, Christopher A. Gozdor, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; William John Hickey, Rockville, Maryland; James Sunderland Aist, ANDERSON, COE & KING, Baltimore, Maryland; John Michael Quinn, ETHRIDGE, QUINN, MCAULIFFE, ROWAN & HARTINGER, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose F. Reuter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reuter v. Washington County Supervisors, No. 1:06-cv-00334-CCB (D. Md. Aug. 30, 2006). We further grant Reuter's unopposed motion to dismiss Paul Theodoni, M.D., as a party to the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED